**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Walter Jackson | 18cv3185 (CS) |
| DEFENDANT | TYPE OF PROCESS |
| Phoenix Transportation Service | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elida Wulezyn

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Phoenix Transportation Service  45 Aqueduct Road, White Plains, NY 10601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Walter Jackson
4 Rolling Way Unit N
Peekskill, NY 10566

Number of process to be served with this Form 285
Number of parties to be served in this case 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER
DATE  4/24/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process P3 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date APR 2 c 2019 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date 7/24/19   Time 4:00 pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy  4287

| Service Fee 73 | Total Mileage Charges *(including endeavors)* 34 | Forwarding Fee | Total Charges 107 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS
APR 2 c 2019  Set up for mail ser-
JUN - c 2019 - Set up for PLS, FWD to WP
7/24/19 - address was vacant

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

18-3185-9