UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER JACKSON,<br><br>        Plaintiff,<br><br> -against-<br><br>PHOENIX TRANSPORTATION SERVICE;<br>ELIDA WULEZYN; MARLAINA KOLLER,<br><br>        Defendants. | **NOTICE OF BANKRUPTCY**<br><br>Civil Action No. 18-cv-3185 (CS) |

    **PLEASE TAKE NOTICE** that on February 13, 2020, Defendant, MARLAINA KOLLER CROES, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.,* commencing an action in the United States Bankruptcy Court for the Southern District of New York styled, *In re Marlaina Koller Croes* (Case No. 20−22239). A copy of the *Notice of Bankruptcy Case Filing* evidencing the commencement of the bankruptcy proceeding is annexed hereto as *Exhibit A*.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362(a), this action is stayed as against MARLAINA KOLLER CROES pending the entry of an Order of the United States Bankruptcy Court or until such time as the automatic stay is terminated by operation of law.

Dated: New York, New York
     February 14, 2020

                          ROSEN & ASSOCIATES, P.C.
                             *Counsel to Marlaina Koller Croes*

                          By: _____
                               Paris Gyparakis

                          747 Third Avenue
                          New York, NY 10017
                          (212) 223-1100

**<u>Exhibit C</u>**

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/13/2020 at 08:42 AM and filed on 02/13/2020.

**Marlaina Koller Croes**
222 Gailmore Drive
Yonkers, NY 10710

The case was filed by the debtor's attorney:

**Sanford Philip Rosen**
Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100

The case was assigned case number 20-22239.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

.