UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WALTER JACKSON,

                                  Plaintiff,                  **ORDER REGARDING**
                                                                **DEFAULT JUDGMENT**

      - against -

                                                                     No. 18-CV-3185 (CS)

PHOENIX TRANSPORTATION SERVICE, *et al.*,

                                  Defendants.
-------------------------------------------------------------x

Seibel, J.

      This action having been commenced on April 11, 2018 by the filing of the Complaint, (Doc. 2); and a copy of the Summons and Complaint having been served on Defendant Phoenix Transportation Service on June 25, 2019 and said Proof of Service having been filed with the Clerk of the Court on July 19, 2019, (Doc. 16); and Defendant not having appeared, answered, or otherwise moved with respect to the Complaint within the time allowed by law; and the time for appearing, answering, or otherwise moving having expired; and upon all prior papers heretofore filed and proceedings heretofore had herein; it is

      ORDERED, that default judgment as to liability be entered against Defendant Phoenix Transportation Service; and it is further

      ORDERED, that the Clerk of Court is respectfully directed to redesignate the magistrate judge in the instant case; and it is further

ORDERED, that this matter is referred to said magistrate judge for an inquest as to damages.

**SO ORDERED.**

Dated: November 30, 2020
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.