UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Walter Jackson,

                Plaintiff,          **RESCHEDULING ORDER**
                                     **FOR A DAMAGES INQUEST**
     -against-
                                            18 Civ. 3185 (CS)(AEK)
Phoenix Transportation Service, et al.,

                Defendants.
------------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The evidentiary hearing scheduled for Thursday, January 6, 2022 at 10:00 a.m. is hereby rescheduled to **Thursday, February 3, 2022 at 11:00 a.m.** in Courtroom 250 at the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

       As explained in the Court's prior scheduling order (ECF No. 59), the purpose of the hearing will be for the Court to evaluate the sufficiency of the evidentiary support for Plaintiff's request for damages from Defendant Phoenix Transportation Service ("PTS"). Plaintiff should be prepared to testify regarding the basis for his damages claims, including how he calculated his damages, and to answer questions regarding the documents he has already submitted to the Court to explain how they support his damages claims. In addition, Plaintiff should bring documents, and be prepared to testify, about any other jobs he held following his constructive discharge from PTS, including the time periods during which he held each job and how much he was paid by each employer. If Plaintiff has any other documents regarding his damages claims that he has not already submitted to the Court, he should bring them to the hearing. PTS should attend the hearing if it wishes to be heard on this subject.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.  On the day you are due to arrive at the courthouse, click on the following link: https://app.certify.me/SDNYPublic.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the entry device at the courthouse entrance.  If you do not meet the necessary requirements, please contact Chambers at (914) 390-4070.

Plaintiff is ordered to serve a copy of this Rescheduling Order upon PTS <u>by mail at the following addresses</u>:

> Phoenix Transportation Services Inc.
> 50 Main Street, Suite 390
> White Plains, NY 10606
>
> <u>and</u>
>
> Garvey & Associates, P.C.
> 235 Main Street, Suite 630
> White Plains, NY 10601

**Plaintiff must then file proof of such service on the docket.**

The Clerk of the Court is directed to mail a copy of this order to the <u>pro se</u> Plaintiff.

Dated: December 29, 2021
White Plains, New York

**SO ORDERED.**

*/s/ Andrew Krause*

_____
ANDREW E. KRAUSE
United States Magistrate Judge