UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jackson,

                              Plaintiff,

                                                                   **JUDGMENT**

           v.

                                                                   7:18-CV-03185 (CS)

Phoenix Transportation Service,

                              Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** The Clerk shall enter judgment in favor of Plaintiff against Phoenix Transportation Services as follows: (1) $15,000 in back pay, plus pre-judgment interest at the average rate of return on one-year Treasury bills from February 28, 2018, to the date of judgment, compounded annually; (2) $10,000 for emotional distress; and (3) post-judgment interest on the entire judgment calculated in accordance with 28 U.S.C. § 1961. Plaintiff shall advise by letter, no later than March 16, 2022, as to how he proposes to proceed against Defendant Wulezyn, if at all, and as to the status of the bankruptcy of Defendant Koller, including whether his claims were made and adjudicated in the Bankruptcy Court.

**DATED:** White Plains, New York
              March 4, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       Clerk of Court

**So Ordered:**

_/s/ Cathy Seibel_                                      BY: _____
   U.S.D.J.                                                            **Deputy Clerk**
3/4/22