**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Jackson,

                                    Plaintiff,

            -against-                                              18 **CIVIL** 3185 (CS)

                                                                  **JUDGMENT**

Phoenix Transportation Service,

                                    Defendant.
-------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That judgment is

entered in favor of Plaintiff against Phoenix Transportation Services as follows: (1) $15,000 in

back pay, plus pre-judgment interest at the average rate of return on one-year Treasury bills from

February 28, 2018, to the date of judgment, compounded annually, in the amount of $1,286.42;

(2) $10,000 for emotional distress; and (3) post-judgment interest on the entire judgment

calculated in accordance with 28 U.S.C. § 1961. Plaintiff shall advise by letter, no later than

March 16, 2022, as to how he proposes to proceed against Defendant Wulezyn, if at all, and as to

the status of the bankruptcy of Defendant Koller, including whether his claims were made and

adjudicated in the Bankruptcy Court.

**Dated:**  New York, New York

            March 4, 2022


                                                      **RUBY J. KRAJICK**
                                          _____
                                                      **Clerk of Court**
                              **BY:**
                                          _____
                                                      **Deputy Clerk**